IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



FILED
NOV 09 2006
CLERK OF CIRCUIT COURT #43
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ROBERT POTTER, *et al.*, )
)
      *Plaintiffs*, )
)
v. ) Case No. 2003 L 001254
)
JANUS INVESTMENT FUND, *et al.*, )
)
      *Defendants.* )
)

### *ORDER*

Cause comes before this Court on Plaintiffs' Motion to Administratively Re-open Case, and the Court being fully advised in the premises, hereby Orders that the file in this case be reopened.

DATED this _____ day of __NOV 0 9 2006__, 2006.

ENTER: _____
                      JUDGE



EXHIBIT P