IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT POTTER,**
**et, al.,**
**Plaintiffs,**

**v.**

**JANUS INVESTMENT FUND,**
**et al.,**
**Defendants.**                                                  **Nos. 06-CV-0929-DRH**
                                                                 **06-CV-0997-DRH**

### ORDER

**HERNDON, District Judge:**

      Pending before the Court is a motion to consolidate filed in 06-CV-0997-DRH (Doc. 3).  Said motion is **GRANTED**.  These "actions" are actually the same case removed twice from state court.  Thus, they should be consolidated.  All future filings shall bear case number 06-0929-DRH.  Further, the Court **DENIES as moot** the pending motion to dismiss filed in 06-CV-0997-DRH (Doc. 7) as that same motion was also filed in 06-CV-0929-DRH (Doc. 7).

      **IT IS SO ORDERED.**

      Signed this 20th day of December, 2006.

                                                        /s/     David   RHerndon
                                                        **United States District Judge**